**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 09-41-DLB**

**GATX CORPORATION**                                                              **PLAINTIFF**

vs.                              **ORDER ADOPTING**
                               **REPORT AND RECOMMENDATION**

**APPALACHIAN FUELS, LLC, ET AL.**                            **DEFENDANTS**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Judge Edward B. Atkins, wherein he recommends that Plaintiff GATX Corporation be awarded attorneys' fees in the amount of $320,689.66. (Doc. # 108). No objections having been filed and the time to do so having now expired, the matter is ripe for review. Upon review of the R&R, and the Court being in agreement with the recommended disposition in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 108) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Plaintiff GATX Corporation is hereby awarded attorneys' fees in the amount of **$320,689.66**;

    (a) Defendant Energy Coal Resource, Inc. is liable for the entire amount;

    (b) Defendants Illinois Holding Company, Inc. and Illinois Fuel Company,

1

LLC are jointly and severally liable for only **fifteen percent (15%)** of that amount, or **$48,103.45**; and

(3) This matter is hereby dismissed and **STRICKEN** from the active docket of the Court.

This 26th day of July, 2011.



G:\DATA\ORDERS\Ashland Civil\2009\09-41 Order adopting R&R - Attys Fees.wpd